For the foregoing reasons the judgment of the Circuit Court of Will County is affirmed.

Judgment affirmed.

ALLOY and DIXON, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BUFORD ADCOCK, Defendant-Appellant.

(No. 74-384;

Third District—December 23, 1974.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Martin Rudman, State's Attorney, of Joliet, for the People.